UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 3:15-cr-58

vs.

REBECCA MAHONEY,                          Magistrate Judge Michael J. Newman

    Defendant.

## ORDER AND JUDGMENT

This misdemeanor criminal case is before the Court on Probation's request to modify the conditions or term of supervision. Defendant submits a written waiver of a hearing in that regard. The Court held a status conference by telephone on July 12, 2016. Special Assistant United States Attorney Juli McCammon participated on behalf of the government. Attorney Larry Greger participated on behalf of Defendant. Kristin Keyer participated on behalf of Probation. Defendant, with the Court's approval, waived, in writing, her appearance at any proceeding in this case, including sentencing proceedings. *See* doc. 9, 10. Accordingly, the Court proceeded in her absence.

With the consent of counsel and Defendant, the Court **REVOKES** the term of prejudgment probation entered against Defendant as to Court 1 of the Information. Having considered all sentencing factors in 18 U.S.C. § 3355, the Court **IMPOSES** a one (1) year term of probation upon Defendant as to Count 1 of the Information to commence upon the entry of this Order and Judgment. Supervision shall occur in Colorado, where Defendant resides; this Court will retain jurisdiction over this case. If appropriate, the parties and/or Probation may

move to reduce or terminate this term of probation upon Defendant's successful completion of her probation term on Count 2 of the Information, which is now ongoing.

With regard to the sentence and probation term imposed by this Order and Judgment, Defendant is advised that she has **fourteen (14) days** in which to file an appeal, if any.

**IT IS SO ORDERED.**

Date:        July 12, 2016                             *s/ Michael J. Newman*
                                                       Michael J. Newman
                                                       United States Magistrate Judge


cc:     Kristin Keyer, United States Probation

2