IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs )  Case No.  3:15CR058
)
)
REBECCA LEE MAHONEY

ORDER TERMINATING PROBATION

The above named was sentenced to one year term of probation for the offenses of Possession of Marijuana and Possession of Drug Paraphernalia. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from the terms of probation on each charge and that the proceedings in the case be terminated.

Dated this 19th day of October, 2016

_____
Michael J. Newman
United States ~~District~~ Magistrate Judge